**United States Bankruptcy Court**
**Eastern District of Michigan**

In re: Taylor D Rockingham, Sr.
Shekeria M Rockingham
Debtor(s)

Case No. 18-45119
Chapter 13

DECLARATION REGARDING TAX RETURNS
2015 MICHIGAN

Under penalty of perjury, I declare to be true to the best of my information knowledge and belief:

I, SHEKERIA ROCKINGHAM, did not have any income for the year 2015 and for that reason I did not file a 2015 Michigan Tax Return.

Date September 11, 2018

Signature /s/ Shekeria M Rockingham
Shekeria M Rockingham
Joint Debtor